1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    KAREN M. ISAACSON,                        CASE NO. 2:23-cv-000351-JHC

9                       Plaintiff,             ORDER

10           v.

11   MARCIA L. FUDGE, Secretary of HUD;
     JULIA R. GORDON, Assistant Secretary of
12   HUD and Federal Housing Administration
     Commissioner; and UNITED STATES
13   DEPARTMENT OF HOUSING AND
     URBAN DEVELOPMENT,

14                      Defendants.

15

16          Before the court is self-represented Plaintiff Karen M. Isaacson's motion for relief from

17   the Court's order dismissing this matter (Dkt. # 24).  *See* Fed. R. Civ. P. 60(b)(3); Dkt. # 21.

18   Having reviewed the motion, pertinent portions of the record, and the governing law, the Court

19   DENIES the motion.

20          Rule 60(b)(3) allows a party to move for relief from a final order because of "fraud

21   (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an

22   opposing party."  "To prevail, the moving party must prove by clear and convincing evidence

23   that the verdict was obtained through fraud, misrepresentation, or other misconduct and the

24

ORDER - 1

conduct complained of prevented the losing party from fully and fairly presenting the defense." *De Saracho v. Custom Food Mach., Inc.*, 206 F.3d 874, 880 (9th Cir. 2000).

In her Rule 60(b)(3) motion, Isaacson claims that opposing counsel participated in fraud or deceit, warranting vacatur of the Court's order dismissing the matter. *See generally* Dkt. # 24. Yet Isaacson includes no clear and convincing evidence that the dismissal was obtained through opposing counsel's fraud, misrepresentation, or misconduct. Instead, the motion appears to perpetuate Isaacson's objections to opposing counsel's legal arguments, relitigating the Court's determinations of law regarding Isaacson's Article III standing.[1] For these reasons, the Court DENIES Isaacson's motion (Dkt. # 24).

Dated this 28th day of November, 2023.

John H. Chun
United States District Judge

---

[1] The Court has already denied Isaacson's motion for reconsideration. *See* Dkt. ## 22, 23.

ORDER - 2