UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN M. ISAACSON,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCIA L. FUDGE, Secretary of HUD; JULIA R. GORDON, Assistant Secretary of HUD and Federal Housing Administration Commissioner; and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>        Defendants. | CASE NO. 2:23-cv-000351-JHC<br><br>ORDER LIMITING FILINGS |

On October 24, 2023, the Court dismissed Plaintiff's complaint, concluding that Plaintiff had not met the requirements for Article III standing and the Court therefore lacked subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). *See* Dkt. # 21. On October 27, 2023, Plaintiff filed a motion for reconsideration (Dkt. # 22), which the Court denied. *See* Dkt. # 23. A little over a week later, Plaintiff filed a Rule 60(b)(3) motion, alleging fraud upon the Court (Dkt. # 24), to which Defendants responded in opposition. *See* Dkt. # 25. On November 28, 2023, the Court denied the Rule 60(b)(3) motion, acknowledging that "the motion appears to perpetuate [Plaintiff's] objections to opposing counsel's legal arguments" and

attempts to relitigate "the Court's determinations of law regarding Isaacson's Article III standing."  Dkt. # 26 at 2.  That same day, the Court entered judgment and the Clerk closed the case.  Dkt. # 27.

On December 4, 2023, Plaintiff filed a "Supplement to Rule 60(b)(3) Motion."  Dkt. # 28.  Construing this "supplement" as a motion, the Court DENIES it as procedurally improper.  The Court reminds Plaintiff that this case is closed and the Court has entered judgment after denying Plaintiff's two post-dismissal motions.  *See* Dkt. ## 22, 24.  The Clerk is thereby DIRECTED not to file on the docket any future filings from Plaintiff in this case, except for a notice of appeal.

Dated this 8th day of December, 2023.

John H. Chun
United States District Judge